In the Matter of MIRIAM H. MAYS v. ALEXIS T. MAYS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

REINHARDT HOLDING CORPORATION v. INTERNATIONAL TICKET SCALE CORPORATION. (Action No. 1.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

REINHARDT HOLDING CORPORATION v. INTERNATIONAL TICKET SCALE CORPORATION. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MARY CONK, as Administratrix, etc., of THOMAS CREIGHTON, JR., Deceased, v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J. Glennon, Dore and Cohn, JJ.

In the Matter of the Application of MARIE L. O'NEILL, as Sole Executrix, etc., of LILLIAN C. RAINBOW, Deceased, to Discover Certain Property of Said Deceased, Claimed to Be Withheld from This Estate by JOHN R. RAINBOW. MARIE L. O'NEILL, as Ancillary Executrix, etc., of LILLIAN C. RAINBOW, Deceased. JOHN R. RAINBOW.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

WOLFE B. FEIGENBAUM, Individually and as a Stockholder of FOLKLAND APARTMENTS, INC., for and on Behalf of Himself and All Stockholders of the Said FOLKLAND APARTMENTS, INC., v. BENJAMIN FEIGENBAUM and Others, Impleaded with NEW YORK STATE TEACHERS' RETIREMENT SYSTEM and BANKERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ROSE ALBOHN and WALTER ALBOHN v. THE LAWYERS MORTGAGE COMPANY in Rehabilitation, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MARY FLYNN, as Administratrix, etc., of Estate of PATRICK VERLIN, Deceased, v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument and a stay denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HELEN V. DEL PIZZO v. EDWARD PETRY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore and Cohn, JJ.

THE C. C. THOMPSON POTTERY Co. v. CALIFORNIA PERFUME COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.